UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| John Bellocchio, | Case No.: 1:19-cv-11240-JGK |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Holy See (State of Vatican City; The Vatican), | |
| Defendant. | |

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff John Bellocchio, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Holy See (State of Vatican City; The Vatican).

Date:  April 26, 2021

*/signature/*

Michael G. Finnegan
Nahid A. Shaikh
55 West 39th Street, 11th Floor
New York, NY 10018
Phone: 646-759-2551
Fax:  651-297-6543
mike@andersonadvocates.com
nahid@andersonadvocates.com